

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,575-01

### EX PARTE GARY GREEN

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FROM CAUSE NO. F09-59380-S IN THE 282nd DISTRICT COURT DALLAS COUNTY

*Per Curiam.*

### O R D E R

This is an application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071.

In November 2010, a jury found applicant guilty of the offense of capital murder committed in September 2009. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure Article 37.071, and the trial court, accordingly, set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Green v. State*, No. AP-76,458 (Tex. Crim. App. Oct. 3, 2012).

Applicant presents twenty allegations in his application in which he challenges the validity of his conviction and resulting sentence. The trial court held an evidentiary hearing. The trial court entered findings of fact and conclusions of law recommending that the relief sought be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We adopt the trial court's findings and conclusions. Grounds for relief 11B, 13, 15, 16A, and 17 are also procedurally barred. *See Ex parte Banks*, 769 S.W.2d 539 (Tex. Crim. App. 1989); *Ex parte Acosta,* 672 S.W.2d 470 (Tex. Crim. App. 1984). Therefore, based upon the trial court's findings and conclusions and our own review, we deny relief.

IT IS SO ORDERED THIS THE 24TH DAY OF JUNE, 2015.

Do Not Publish